E. C. ROBERTS AND SOPCHOPPY LUMBER AND MANUFACTUR-
ING COMPANY, A CORPORATION, *Appellants*, v. PENINSULAR
NAVAL STORES COMPANY, A CORPORATION, AND C. R.
McLAURIN, *Appellees*.

Decision Filed November 3, 1921.

An Appeal from a Decree of the Circuit Court within
and for the County of Wakulla; E. C. Love, Judge.

*Jos. A. Edmondson* and *Fred H. Davis*, for Appellants;

*W. J. Oven* and *F. B. Winthrop*, for Appellees.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the decree aforesaid, and briefs and arguments of coun-
sel for the respective parties, and the record having been
seen and inspected, and the Court being now advised of
its judgment to be given in the premises, it seems to the
Court that there is no error in the said decree; it is, there-
fore, considered, ordered and adjudged by the Court that
the said decree of the Circuit Court be, and the same is
hereby, affirmed.

All concur.